BWW#: 155373

IN THE CIRCUIT COURT FOR CHARLES COUNTY, MARYLAND

| | |
|---|---|
| Carrie M. Ward, et al. <br> 4520 East West Highway, Suite 200 <br> Bethesda, MD 20814 <br>     Substitute Trustees <br>     Plaintiffs <br> vs. <br> DAWN M. COSME <br> 5635 River Road <br> Bryans Road, MD  20616 <br><br>     Defendant(s) | Case No. 08-C-13-000274 |

\* \* \* \* \* \* \* \* \* \*

## REPORT OF SALE AND AFFIDAVIT OF FAIRNESS OF SALE AND TRUTH OF REPORT

    Carrie M. Ward, et.al., Substitute Trustees under and by virtue of the authority contained in a certain Deed of Trust dated January 23, 2008, and recorded among the Land Records of Charles County, Maryland in Liber 6566, Folio 425, respectfully reports unto this Court as follows:

    That after default had occurred under the terms of said Deed of Trust and at the request of the parties secured thereby, and after having given bond with security for the faithful performance of his/her trust by law, and after having given due notice of time, place, manner and terms of sale by advertisement in a newspaper published in Charles County, Maryland, once a week for at least three successive weeks before the day of sale, as will more fully appear by the printer's certificate to be filed herein, the said Substitute Trustee did then and there at the courthouse on December 03, 2013, direct and supervise the auction sale of the property secured by said Deed of Trust:

    5635 River Road, Bryans Road, MD 20616

    And your Substitute Trustees sold said property unto U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee for SRMOF II REO 2013-1, c/o Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX  77042, title to be in the name of same, the purchaser at and for the sum of $132,000.00, the said purchaser(s) being at that price, the highest bidder therefor.

    The undersigned Substitute Trustee hereby affirms that the sale hereby reported was fairly made and the statements set forth herein are true.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

BWW#: 155373

Report of Sale and Affidavit of Fairness of Sale and Truth Report

I, the undersigned substitute trustee, solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge information and belief.

_____

4520 East West Highway, Suite 200
Bethesda, MD 20814
Phone: (301) 961-6555
Fax: (301) 961-6545
Email: Courts@bww-law.com

THIS COMMUNICATION IS FROM A DEBT COLLECTOR